IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIP B. TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>Defendant. | Case No. 19-cv-79 JPG/MAB |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 19, 2019**     MARGARET M. ROBERTIE, **Clerk of Court**

    *s/Tina Gray,*
       **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**